EXHIBIT B:
PHOTOGRAPH OF PIER, DEBRIS, AND CONTAINMENT BOOMS
NORTH OF OUTFALL ON 03-17-21

