EXHIBIT C:
PHOTOGRAPHS OF IRIDESCENT SHEEN NEAR OUTFALL ON 03-17-21



