EXHIBIT D:
PHOTOGRAPHS OF IRIDESCENT SHEENS NEAR OUTFALL ON 10-06-21

