EXHIBIT E:
PHOTOGRAPHS OF IRIDESCENT SHEEN NEAR OUTFALL ON 10-26-21

