EXHIBIT F:
PHOTOGRAPH OF IRIDESCENT SHEEN NEAR OUTFALL ON 01-01-22

