EXHIBIT G:
PHOTOGRAPH (LEFT) AND VIDEO FRAME (RIGHT)
OF IRIDESCENT SHEEN NEAR OUTFALL ON 02-04-22

