EXHIBIT H:
PHOTOGRAPHS OF BARRELS STORED AT THE END OF
ORONOCO STREET ON 02-04-22



