EXHIBIT I:
PHOTOGRAPHS OF PIER, DEBRIS, AND CONTAINMENT BOOMS
NEAR OUTFALL ON 02-04-2022



