# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| POTOMAC RIVERKEEPER, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> CITY OF ALEXANDRIA, VIRGINIA, <br><br> *Defendant.* | Civil Action No. 1:22-CV-506 (CMH/WEF) |

## NOTICE OF LODGING

Plaintiff Potomac Riverkeeper, Inc. ("Plaintiff") and Defendant City of Alexandria, Virginia (collectively, the "Parties") hereby provide notice that, contemporaneously with the filing of this pleading, they have lodged a Consent Decree with the Clerk of the Court. That Consent Decree, once entered, would resolve this action in its entirety.

In accordance with 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, Plaintiff hereby notifies the Court that the Consent Decree should not be entered prior to 45 days following receipt by both the Administrator of the United States Environmental Protection Agency (Administrator) and the Attorney General of the United States Department of Justice (Attorney General) of a copy of the Consent Decree. Copies of the Consent Decree were served this day on the Administrator and the Attorney General. Promptly after the conclusion of the 45-day review period ending on December 16, 2023, the Parties will notify the Court and file copies of any comments received from the Administrator or Attorney General. Provided there are no unresolved objections from the Administrator or Attorney General, the Parties will request that the Court enter the Consent Decree at that time.

Therefore, the Parties request that the Court withhold action on the Consent Decree until further notice from the Parties, which will be submitted promptly after December 16, 2023.

Dated:  November 1, 2023

Respectfully submitted,

By: _____

Justin A. Savage (VSB No. 41871)
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
jsavage@sidley.com

*Counsel for Plaintiff Potomac Riverkeeper, Inc.*

SEEN AND AGREED

_____
Frank Paul Calamita, III (VSB No. 34136)
AquaLaw
6 S. 5th Street
Richmond, VA 23219
804-716-9021
Email: paul@aqualaw.com

*Counsel for Defendant City of Alexandria, Virginia*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this November 1, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____
Justin A. Savage