IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

POTOMAC RIVERKEEPER, INC.,

        *Plaintiff,*

vs.

CITY OF ALEXANDRIA, VIRGINIA,

        *Defendant.*

Civil Action No. 1:22-CV-506 (CMH/WEF)

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Enter the Consent Decree.

Having considered the Motion and for good cause shown, the Court GRANTS the Joint Motion and the Consent Decree is ENTERED.

*(signed)* Claude M. Hilton
Claude M. Hilton
United States District Judge

Date: Jan 9, 2024
Alexandria, VA